IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR 216-12 |
| v. | ) | |
| | ) | |
| ANDRE SHORT | ) | |

## ORDER

After an independent and de novo review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court[1]. The Defendant is competent to stand trial, and the case may proceed.

So ORDERED, this 6 day of April, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes that the Report and Recommendation reflects an August 11, 2016 Change of Plea Hearing. Two Change of Plea hearings were initiated, one on August 11, 2016 and another on September 19, 2016 (Doc. 504).